1 | Timothy J. Buchanan, #100409 (SPACE BELOW FOR FILING STAMP ONLY)
  | Devon R. Darrow, # 230539
2 | McCormick, Barstow, Sheppard
  | Wayte & Carruth LLP
3 | P.O. Box 28912
  | 5 River Park Place East
4 | Fresno, CA  93720-1501
  | Telephone:   (559) 433-1300
5 | Facsimile:    (559) 433-2300

6 | Attorneys for Defendant
  | AVIATION SERVICES UNLIMITED, INC. and
7 | WAYNE O'BERG.

8 |                UNITED STATES DISTRICT COURT

9 |                EASTERN DISTRICT OF CALIFORNIA

10

11 | CORE PROJECTS, INC., formerly known as    Case No.  1:05-CV-01118-REC-DLB
   | ZINKIN AVIATION, INC.,
12 |                                            **STIPULATION EXTENDING TIME
   |             Plaintiff,                     FOR DEFENDANTS AVIATION
13 |                                            SERVICES UNLIMITED, INC., AND
   |        v.                                  WAYNE O'BERG TO RESPOND TO
14 |                                            COMPLAINT; ORDER**
   | DOVE AIR, INC., a corporation, AVIATION
15 | SERVICES, INC., a corporation, JOSEPH
   | DUNCAN, an individual, WAYNE O'BERG,
16 | an individual,

17 |             Defendants.

18

19 | TO THE ABOVE ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS

20 | OF RECORD:

21 |        1.    IT IS HEREBY STIPULATED by and between Plaintiff CORE

22 | PROJECTS, INC., formerly known as ZINKIN AVIATION, INC., and Defendants AVIATION

23 | SERVICES UNLIMITED, INC., and WAYNE O'BERG, that Defendants AVIATION

24 | SERVICES UNLIMITED, INC., and WAYNE O'BERG shall have until Tuesday, October 11,

25 | 2005, within which to plead or respond, by motion or otherwise, to the complaint in this action.

26 |        2.    No prior extensions of time have been granted for these Defendants to

27 | respond to the complaint.

28 | ///

STIP. EXT. TIME FOR AVIATION SERVICES AND WAYNE O'BERG TO RESPOND/COMPLAINT/ORDER

3. This stipulation shall not be construed as a general appearance by either of the above-referenced Defendants or their counsel, and shall not be construed as a consent to the jurisdiction of this Court over either or both of those Defendants.

Dated: September 29, 2005

           McCORMICK, BARSTOW, SHEPPARD
           WAYTE & CARRUTH LLP

By: /s/ Timothy J. Buchanan
Timothy J. Buchanan
Devon R. Darrow
Attorneys for Defendants
AVIATION SERVICES UNLIMITED,
INC. and WAYNE O'BERG

Dated: September 28, 2005

BAILEY & PARTNERS

By: /s/ Keith A. Lovendosky
Keith A. Lovendosky
Attorneys for Plaintiffs
CORE PROJECTS, INC.; formerly known
as ZINKIN AVIATION, INC.

## **ORDER**

IT IS SO ORDERED.

September 29, 2005            **/s/ Dennis L. Beck**
United States Magistrate Judge

99910/00188-870648.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIP. EXT. TIME FOR AVIATION SERVICES AND WAYNE O'BERG TO RESPOND/COMPLAINT/ORDER