Timothy J. Buchanan, #100409
Devon R. Darrow, # 230539
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
AVIATION SERVICES UNLIMITED, INC. and
WAYNE O'BERG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CORE PROJECTS, INC., formerly known as ZINKIN AVIATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DOVE AIR, INC., a corporation, AVIATION SERVICES, INC., a corporation, JOSEPH DUNCAN, an individual, WAYNE O'BERG, an individual,<br><br>Defendants. | Case No.  1:05-CV-01118-REC-DLB<br><br>**STIPULATION FOR PROTECTIVE ORDER AND PROTECTIVE ORDER** |
|---|---|

    IT IS STIPULATED AND AGREED by and between Plaintiff CORE PRODUCTS, INC., formerly known as ZINKIN AVIATION, INC., on one hand, and Defendants AVIATION SERVICES UNLIMITED, INC. (sued erroneously herein as AVIATION SERVICES, INC.), and WAYNE O'BERG, on the other, and all their affiliates, agents, employees, and representatives, that:

    1.    This Stipulation and Order governs the handling of confidential documents, depositions and deposition exhibits, interrogatory answers, responses to requests to produce, responses to requests to admit, and other written, recorded or graphic matter ("discovery

material") produced or obtained from any party ("the producing party") during the proceedings in this action.

2. Any party producing "discovery material" in this action which contains or discloses tax returns, trade secrets, unpublished financial data, technological developments, pricing or cost information, production of sales forecasts or strategy, documents identifying customers or data concerning process and charges for services not publicly disseminated, or other information of a non-public nature considered by a party to be commercially sensitive or proprietary, may designate such discovery material as "Confidential," which discovery material shall be so marked.

3. The producing party may, on the record of a deposition or by written notice to counsel for all parties no later than 72 hours after receipt of a deposition transcript, designate portions thereof as "Confidential" under the terms of this Stipulation and Order. During the 72-hour period, all transcripts and the information contained therein will be deemed to be "Confidential" in their entirety under the terms of this Stipulation and Order. In the event that no designation of "Confidentiality" is made within the 72 period, this Stipulation and Order shall not apply to the deposition transcript. Only those portions of a transcript of a deposition marked "Confidential" shall be so treated, except that all copies of deposition transcripts that contain confidential matter shall be prominently marked "Confidential" on the cover thereof and, if and when filed with the clerk, shall be filed under seal.

4. "Confidential" discovery material shall be used only for the prosecution and/or defense of this action, and under no circumstances other than those specifically provided for in this or subsequent court orders shall be disclosed to persons other than the following:

a. Outside or inside counsel that have appeared in this action or are actively engaged in the preparation of this action, and regular and temporary employees of such counsel

assisting in the conduct of this action, including employees of any firm retained to reproduce the discovery material for use in accordance with this Stipulation and Order;

      b. Experts or consultants assisting counsel in this litigation;

      c. Parties or employees of any party to this action who are required to assist counsel in the conduct of this action;

      d. Directors, officers, and employees of parties who are noticed for depositions or designated as trial witnesses and their counsel, or who are identified on the face of the "Confidential" discovery material as an author, addressee, subject or recipient of the discovery material;

      e. Deponents, and their counsel, during the course of depositions taken in this action;

      f. The court, pursuant to paragraph 7 of this Stipulation;

      g. Other persons only upon order of the court, or upon stipulation of the party that produced the Confidential discovery material.

      5.    Confidential discovery material may be disclosed pursuant to paragraphs 4b, 4c, 4d, 4e and 4g upon the condition that said material shall be used by any such person only for the purposes of this action and for no other purpose, and shall not be used by him in any business affairs of his employer or in his own affairs or be imparted by him to any other person or entity or agency for any reason. Before disclosure is made to any such person, other than counsel, such person shall sign a statement stating that he has read a copy of this Protective Order and agrees to be bound by its provisions.

      6.    Whenever any Confidential discovery material is introduced, or elicited at a deposition, pretrial hearing or other pretrial proceeding, such portions of the proceedings which concern the Confidential discovery material shall be conducted so that only those persons

authorized hereunder to have access to such matter shall be present Prior to introducing or eliciting Confidential discovery material at the trial of this action, the party seeking to introduce or elicit the Confidential discovery material obtained from the other party shall notify the court and the counsel of the other party of its intent to introduce or elicit such matter, specifying with particularity such matter, and the court shall determine whether the portions of the trial which concern the matter so specified shall be conducted so that only those persons authorized hereunder to have access to such matter shall be present.

7.  In the event that counsel for any party determines to file in or submit to this court any "Confidential" discovery material or information derived therefrom, or any papers containing or making reference to such material or information, counsel shall apply to the court for leave to file the discovery material or information under seal. After Court Order approving filing under seal such documents shall be filed only in a sealed envelope on which a statement substantially in the following form shall be endorsed:

> "CONFIDENTIAL: SUBJECT TO COURT PROTECTIVE ORDER
> This envelope contains documents that are subject to a Protective Order entered by the Court in this action governing use of confidential discovery material."

All such material so filed shall be maintained by the clerk of the court separate from the public records in this action and shall be released only upon further order of the court.

8.  Entering into, agreeing to and/or producing or receiving materials or otherwise complying with the terms of this Stipulation and Order shall not:

a. Operate as an admission by any party that any particular discovery material contains or reflects trade secrets, proprietary or commercial information or other confidential matter; or,

b. Prejudice in any way the rights of any party to object to the production of documents it considers not subject to discovery; or,

      c. Prejudice in any way the rights of a party to seek a court determination:

          (i) Whether particular discovery materials should be produced; or,

          (ii) If produced, whether such materials should be produced; or,

      d. Prejudice in any way the rights of a party to apply to the court for a further protective order relating to any confidential information.

      9.    This Stipulation has no effect upon, and its scope shall not extend to, any party's use of its own confidential information.

      10.    Upon conclusion of this litigation, all "Confidential" discovery materials supplied by the parties and all copies thereof shall be returned to the producing party or shall be destroyed, at the election of the producing party.

///

///

///

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

5

STIPULATION FOR PROTECTIVE ORDER AND ORDER THEREON

**STIPULATED AND AGREED TO**

Dated: November 18, 2005                McCORMICK, BARSTOW, SHEPPARD
                                              WAYTE & CARRUTH LLP


                                        By:    /s/  Timothy J. Buchanan
                                                Timothy J. Buchanan
                                                Devon R. Darrow
                                              Attorneys for Defendants
                                        AVIATION SERVICES UNLIMITED, INC.
                                              and WAYNE O'BERG


**STIPULATED AND AGREED TO**

Dated: November 21, 2005                        BAILEY & PARTNERS


                                        By:    /s/  Keith A. Lovendosky
                                                Keith A. Lovendosky
                                              Attorneys for Plaintiffs
                                        CORE PROJECTS, INC.; formerly known as
                                              ZINKIN AVIATION, INC.


**STIPULATED AND AGREED TO**

Dated: November 18, 2005                DOWLING, AARON & KEELER, INC,


                                        By:    /s/  Benjamin E. Hall
                                                Benjamin E. Hall
                                                David D. Sneider
                                        Attorneys for Defendants/Cross-Complainants
                                          DOVE AIR, INC. and JOSEPH DUNCAN


///

///

///

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

6

STIPULATION FOR PROTECTIVE ORDER AND ORDER THEREON

1  ///

2  **IT IS SO ORDERED**.

3  Dated: November 30, 2005

4                                                                                    /s/ Dennis L. Beck
                                                                                    Dennis L. Beck
                                                                              United States Magistrate Judge

7  886129.v1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

7

STIPULATION FOR PROTECTIVE ORDER AND ORDER THEREON