| | |
|---|---|
| 1 | PATRICK E. BAILEY (SBN 86875) |
|   | KEITH A. LOVENDOSKY (SBN 94302) |
| 2 | BAILEY & PARTNERS |
|   | A Professional Corporation |
| 3 | 2828 Donald Douglas Loop North |
|   | Second Floor |
| 4 | Santa Monica, California 90405-2959 |
|   | Telephone: (310) 392-5000 |
| 5 | Facsimile: (310) 392-8091 |

Attorneys for Plaintiff CORE PROJECTS, INC., formerly known as ZINKIN AVIATION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE PROJECTS, INC; formerly known as ZINKIN AVIATION, INC., | CASE NO. 1:05-CV-01118-REC-DLB |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL** |
| DOVE AIR, INC., a corporation, AVIATION SERVICES, INC., a corporation, JOSEPH DUNCAN, an individual, WAYNE O'BERG, an individual, | |
| Defendants. | |
| AND RELATED COUNTER-CLAIMS | |

Pursuant to the stipulation executed by and between the parties to this action through their designated counsel,

IT IS HEREBY ORDERED that his action be dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO ORDERED.

Dated: **November 9, 2006**         **/s/ Dennis L. Beck**
3b142a                              UNITED STATES MAGISTRATE JUDGE